UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
THE JAMES BEARD FOUNDATION, INC.,   :
:
                Plaintiff,   :    22 Civ. 3779 (JPC)
:
v.   :    ORDER
:
EPIC-CURE INC.,   :
:
                Defendant.   :
:
:
:
------------------------------------------------------------------ x

      Subject to the approval of the Court, it is hereby stipulated and agreed by and between the undersigned attorneys of record for Plaintiff The James Beard Foundation, Inc. ("JBF") and Defendant Epic-Cure Inc. ("Epic-Cure") (together, the "Parties") in the above-entitled action (the "Action"), as follows:

1.    Epic-Cure waives any and all objections to the process and service of process of the Summons (ECF No. 8) and Complaint (ECF No.1) as described in the Affidavit of Service that JBF filed on May 20, 2022 (ECF No. 10), and accepts service, effective as of May 19, 2022.

2.    Epic-Cure's time to file an answer or otherwise respond to the Complaint shall be extended to **July 11, 2022**.  This extension will allow the Parties – which each provide charitable, food-related services and initiatives – to continue negotiations to determine whether this Action can be efficiently resolved.

3.    This Stipulation and Order may be executed in any number of counterparts, all of which taken together shall constitute the Stipulation and Order, and may be executed by electronic, .pdf, or facsimile signature.

Dated: June 7, 2022
New York, New York

| **Debevoise & Plimpton LLP** | **Desmarais LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: /s/ *David H. Bernstein* <br> David H. Bernstein <br> (dhbernstein @debevoise.com) <br> Kathryn C. Saba <br> (ksaba@debevoise.com) <br> Marissa P. MacAneney <br> (mpmacaneney@debevoise.com) <br><br> 919 Third Avenue <br> New York, New York 10022 <br> (212) 909-6000 | By: /s/ *Paul A. Bondor* <br> Paul A. Bondor <br> (pbondor@desmaraisllp.com) <br><br> 230 Park Avenue <br> New York, NY 10169 <br> (212) 351-3424 |

SO ORDERED:

_____
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2022
New York, New York

2